# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2975

_____

MITCHELL RAY YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

January 14, 2026

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

For Appellant: Jessica J. Yeary, Public Defender, Tallahassee; and Victor D. Holder, Assistant Public Defender, Tallahassee.

For Appellee: James Uthmeier, Florida Attorney General, Tallahassee; and Darcy Townsend, Assistant Attorney General, Tallahassee.